O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR98-1257-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| FRANK JIMENEZ-DOMINGUEZ, | ) | |
| Defendant. | ) | |

On December 8, 2009, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed December 7, 2005 and December 8, 2009.  The Government, Kevin Lally, the defendant and his appointed attorney, Kim Savo, Deputy Federal Public Defender, were present.  The U.S. Probation Officer, Jennifer Soliz, was also present.

The defendant is questioned by the Court and advised of his Constitutional Rights. The defendant admits violation of his supervised release as stated in allegation 2 of the petition filed December 8, 2009 and denies allegation 1 of the petition filed December 7, 2005.  The Court Grants the Government's request to dismiss allegation 1 of the petition filed December 7, 2005.

THE COURT FINDS the admission to the allegation in the petition filed December 8, 2009 voluntary and knowledgeable and accepts it.

///

THE COURT FURTHER FINDS the defendant is in violation of the terms and conditions of his supervised release imposed on November 23, 1999. The defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifteen (15) Months to be served consecutively to his sentence in case no. CR05-2288-JAH. Upon release from imprisonment, the defendant shall be reinstated on supervised release for the remainder of his term, under the same terms and conditions previously imposed.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 9, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: ____/S/_____
     Catherine M. Jeang, Deputy Clerk

2